

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of L.E.S., a Child

No. 06-15-00015-CV

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 37,180). Opinion delivered by Justice Moseley and Chief Justice Morriss and Justice Burgess, participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 18, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk